UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: ERIC D WILLIAMS | ) | Case No. 19 B 22433 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

ERIC D WILLIAMS

5210 S MORGAN
CHICAGO, IL 60609-6031

DAVID M SIEGEL
via Clerk's ECF noticing procedures

Please take notice that on November 06, 2019 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on October 03, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On August 09, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Plan to add tax refund language and to increase the amount of Overland Bond's secured claim to match its proof of claim and to increase its adequate protection payments to at least $96 and to amend Schedule J to remove the automobile payment which is being made by Trusteee and increase payments to Trustee accordingly.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900